UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHADEA SMITH,

               Plaintiffs,

     -v-

FRESH DIRECT, LLC, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2026

**ORDER**

26-CV-590 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's January 30, 2026 letter motion, ECF No. 9, requesting adjournments of Defendants' deadline to answer and the February 25, 2026 initial pretrial conference. Defendants shall file their response to this letter motion by **February 4, 2026**.

**SO ORDERED.**

Dated: February 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1