USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHADEA SMITH,

                Plaintiffs,

      -v-

FRESH DIRECT, LLC, ET AL.,

                Defendants.

**ORDER**

26-CV-590 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 30, 2026, Plaintiff filed a letter motion requesting adjournments of Defendants' deadline to answer and the February 25, 2026 initial pretrial conference. ECF No. 9. On February 4, 2026, Defendants filed their response letter. ECF No. 11. As described below, Plaintiff's letter motion at ECF No. 9 is **GRANTED**.

Plaintiff represents that she inadvertently included a federal claim under 42 U.S.C. § 1981, which she disclaims and does not intend to pursue. Accordingly, Plaintiff is directed to file an amended complaint by **February 19, 2026** that conforms her pleading to her representation. "When an amendment excises the federal-law claims that enabled removal, the federal court loses its supplemental jurisdiction over the related state-law claims" and "[t]he case must therefore return to state court." *Royal Canin U.S.A. Inc. et al. v. Wullschleger, et al.*, 145 S. Ct. 41, 47 (2025).

By **February 26, 2026**, Defendants shall file a letter stating whether, based on review of the amended complaint and in light of the Supreme Court's decision in *Royal Canin*, they will stipulate to remand.

Defendants' deadline to answer the complaint and the Rule 16 conference scheduled on February 25, 2026 are adjourned *sine die*.

A status conference is scheduled on **March 5, 2026** at **10:00 a.m.** by telephone to discuss the parties' positions and next steps in this case if no stipulation to remand is reached.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 247 043 150#).

**SO ORDERED.**

Dated: February 5, 2026
    New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge