UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SHADEA SMITH,                                              Civil Action No.: 26-cv-00590

                                                           **STIPULATION AND ORDER**
                                                           **OF REMAND**

                               Plaintiff,

    -against-

FRESH DIRECT, LLC,
U.T.F. TRUCKING, INC.,
DWAYNE LIVINGSTON, individually,
JONATHAN HEDGESPETH, individually,
WILLIAM URENA, individually,
LUIS TORRES, individually,
SHENTELL DEAN, individually, and
TESSA ABLE, individually,

                               Defendants.
-----------------------------------------------------------------------X

       **WHEREAS**, on January 22, 2026, Defendants Fresh Direct, LLC, U.T.F. Trucking Inc., William Urena, Luis Torres, and Tessa Able (collectively, "Fresh Direct Defendants") removed this action from the Supreme Court of the State of New York, Bronx County, to the United States District Court for the Southern District of New York, asserting federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a), 1441(b), and 1446 based on Plaintiff's claim arising under 42 U.S.C. § 1981; and

       **WHEREAS**, Plaintiff thereafter filed an Amended Complaint on February 19, 2026 (Dkt. No. 13) omitting all federal claims; and

1

**WHEREAS**, upon the elimination of all federal claims, this Court lacks original jurisdiction over the remaining state and local law claims pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction under 28 U.S.C. § 1367(a), compelling remand; and

**WHEREAS**, Fresh Direct Defendants have advised the Court on February 26, 2026 (Dkt. No. 14) that they do not object to remand of this action to the Supreme Court of the State of New York, Bronx County;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. This action shall be remanded to the Supreme Court of the State of New York, Bronx County, Index No. 814384/2025E.
2. Each party shall bear its own attorneys' fees and costs in connection with the removal and remand of this action.
3. The parties reserve all rights, defenses, and claims, and this Stipulation shall not be construed as a waiver of any right or defense in the state court proceeding.

Dated: March 5, 2026                               Dated: March 5, 2026

Derek Smith Law Group, PLLC                        Epstein Becker & Green, P.C.
*Attorneys for Plaintiff*                          *Attorneys for Defendants Fresh Direct, LLC, U.T.F. Trucking, Inc., William Urena, Luis Torres, and Tessa Able*

_____                    _____
Melissa Mendoza, Esq.                              Jessica Giambrone Palmese, Esq.
450 Seventh Avenue, 30th Floor                     875 Third Avenue
New York, New York 10123                           New York, New York 10022
(212) 587-0760                                     (212) 351-4500
Melissa@dereksmithlaw.com                          JPalmese@ebglaw.com

**SO ORDERED:**

_____
HON. DALE E. HO
United States District Judge
Southern District of New York


Dated: _____